# UNITED STATES DISTRICT COURT
## for the
## District of
## Division

_Roderick Jackson_

**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

_Walmart Inc_

**Defendant(s)**
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
(to be filled in by the Clerk)

Jury Trial: (check one)  ☐ Yes  ☐

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach needed.

| | |
|---|---|
| Name | Roderick Jackson |
| Street Address | General Delivery |
| City and County | Waskom   Harrison |
| State and Zip Code | TX   75692 |
| Telephone Number | 318-437-2557 |
| E-mail Address | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* Walmart, is incorporated under the laws of the State of *(name)* International, Arkansas, and has its principal place of business in the State of *(name)* Nebraska.

Or is incorporated under the laws of *(foreign nation)*,

and has its principal place of business in *(name)*.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

100 million and plus (All) (Court cost + fees)

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Suwing for False pretense of shoplifting at Walmart store 1606 S 72nd St Omaha NE 68124 3-13-2021 around 6pm

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(1) asking Grant for judgement of 100 million or unlimited free lifetime shopping at any Walmart

asking Grant for
(2) Reversal of all document and allegations

(3) asking Grant all Court fees to be paid on plaintiff behalf by the defendant

Defendant No. 1
   Name: Walmart Inc
   Job or Title (if known):
   Street Address: 702 Sw 8 st
   City and County: Bentonville
   State and Zip Code: Arkansas 72716
   Telephone Number: 800-wal-mart
   E-mail Address (if known):

Defendant No. 2
   Name:
   Job or Title (if known):
   Street Address:
   City and County:
   State and Zip Code:
   Telephone Number:
   E-mail Address (if known):

Defendant No. 3
   Name:
   Job or Title (if known):
   Street Address:
   City and County:
   State and Zip Code:
   Telephone Number:
   E-mail Address (if known):

Defendant No. 4
   Name:
   Job or Title (if known):
   Street Address:
   City and County:
   State and Zip Code:
   Telephone Number:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Jan 4, 2024

Signature of Plaintiff: RJack

Printed Name of Plaintiff: Roderick Jackson

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____

**FROM:**
Roderick Jackson
General Delivery
Waskom TX 75692

**TO:**
United States District Co[urt]
Office of the Clerk
35 E Mountain Room 510
Fayetteville Arkansas 72[701]

Received WD/AR
JAN 08 2024
U.S. Clerk's Office




Retail
RDC 99